

STATE OF COLORADO, ss:

I, __Cheryl Stevens__ Clerk of the Supreme Court of the State of Colorado, do hereby certify that

__Patrick Harry Peluso__

has been duly licensed and admitted to practice as an

## Attorney and Counselor at Law

within this State; and that his/her name appears upon the Roll of Attorneys and Counselors at Law in my office of date the __3rd__ day of __November__ A.D. __2014__ and that at the date hereof the said __Patrick Harry Peluso__ is in good standing at this Bar.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the Seal of said Supreme Court, at Denver, in said State, this __4th__ day of __March__ A.D. __2020__



*Cheryl Stevens*
Clerk

By _____
Deputy Clerk