

# SUPREME COURT
## State of Colorado,

STATE OF COLORADO, ss:

I, ~~Cheryl Stevens~~ Clerk of the Supreme Court of the State of Colorado, do hereby certify that

**Taylor True Smith**

has been duly licensed and admitted to practice as an

## ATTORNEY AND COUNSELOR AT LAW

within this State; and that his/her name appears upon the Roll of Attorneys and Counselors at Law in my office of date the **30th** day of **October** A. D. **2017** and that at the date hereof the said **Taylor True Smith** is in good standing at this Bar.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the Seal of said Supreme Court, at Denver, in said State, this **4th** day of **March** A. D. **2020**

**Cheryl Stevens**
Clerk

By _[signature]_
Deputy Clerk