Mark E. Ellis - 127159
Lawrence K. Iglesias - 303700
ELLIS LAW GROUP LLP
1425 River Park Drive, Suite 400
Sacramento, CA 95815
Tel: (916) 283-8820
Fax: (916) 283-8821
mellis@ellislawgrp.com
liglesias@ellislawgrp.com

KLEIN MOYNIHAN TURCO LLP
Evan King (*Pro Hac Vice* Forthcoming)
450 Seventh Avenue, 40th Floor
New York, New York 10123
TEL: 212-246-0900
FAX: 212-216-9559
eking@kleinmoynihan.com

Attorneys for Defendant SCHOOLADVISOR, LLC DBA DEGREESEARCH.ORG

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARDO MUNOZ, Individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>SCHOOLADVISOR, LLC d/b/a DEGREESEARCH.ORG, a Delaware limited liability company,<br><br>    Defendant. | Case No.:  1:20-CV-00440-NONE-EPG<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO THE COMPLAINT** |

Upon consideration of the STIPULATION TO EXTEND TIME TO RESPOND TO THE COMPLAINT ("Stipulation") by Plaintiff and Defendant filed through counsel, and for good cause appearing,

IT IS SO ORDERED that the Parties' Stipulation is GRANTED.

IT IS FURTHER ORDERED that the Defendant's time to respond to Plaintiff's complaint shall be extended until May 21, 2020.

**IT IS SO ORDERED.**


Dated:_____




_____
United States District Judge

[PROPOSED] ORDER GRANTING TIME TO RESPOND TO COMPLAINT

# CERTIFICATE OF SERVICE

I, Jan Hyde, declare:

I am a citizen of the United States, am over the age of eighteen years, and am not a party to or interested in the within entitled cause. My business address is 1425 River Park Drive, Suite 400, Sacramento, CA 95815.

On April 22, 2020, I served the following document(s) on the parties in the within action:

**[PROPOSED] ORDER GRANTING TIME TO RESPOND TO COMPLAINT**

| | |
|---|---|
| X | **VIA ELECTRONIC SERVICE**: The above-described document(s) will be delivered electronically through the Court's ECF/PACER electronic filing system, as stipulated by all parties to constitute personal service, to the following: |
| | **BY MAIL**: I am familiar with the business practice for collection and processing of mail. The above-described document(s) will be enclosed in a sealed envelope, with first class postage thereon fully prepaid, and deposited with the United States Postal Service at Sacramento, CA on this date, addressed as follows: |
| | **BY HAND**: The above-described document(s) will be placed in a sealed envelope which will be hand-delivered on this same date by _____, addressed as follows: |
| | **VIA FACSIMILE**: The above-described document(s) was transmitted via facsimile from the fax number shown on the attached facsimile report, at the time shown on the attached facsimile report, and the attached facsimile report reported no error in transmission and was properly issued from the transmitting facsimile machine, and a copy of same was mailed, on this same date to the following: |
| | **VIA OVERNIGHT SERVICE**: The above-described document(s) will be delivered by overnight service, to the following: |

| | |
|---|---|
| Richard T. Drury<br>Rebecca Davis<br>Lozeau Drury LLP<br>1939 Harrison Street<br>Suite 150<br>Oakland, CA 94612 | Attorneys for Plaintiff<br>EDWARDO MUNOZ |
| Patrick H. Peluso<br>Taylor T. Smith<br>Wooodrow & Peluso, LLC<br>3900 East Mexico Avenue<br>Suite 300<br>Denver, CO 80210 | Attorneys for Plaintiff<br>EDWARDO MUNOZ |
| | Attorneys for |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is a true and correct statement and that this Certificate was executed on April 22, 2020.

By _____
Jan Hyde