UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARDO MUNOZ, Individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>SCHOOLADVISOR, LLC d/b/a DEGREESEARCH.ORG, a Delaware limited liability company,<br><br>    Defendant. | Case No.: 1:20-CV-00440-NONE-EPG<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO THE COMPLAINT**<br><br>**(ECF No. 9)** |

Pursuant to the stipulation of the parties (ECF No. 9), IT IS ORDERED that the deadline for Defendant to respond to the complaint is extended to May 21, 2020.

IT IS SO ORDERED.

Dated:  **April 22, 2020**                                /s/ Erica P. Grosjean
                                                                    UNITED STATES MAGISTRATE JUDGE