1  Mark E. Ellis - 127159
   Lawrence K. Iglesias - 303700
2  ELLIS LAW GROUP LLP
   1425 River Park Drive, Suite 400
3  Sacramento, CA  95815
   Tel: (916) 283-8820
4  Fax: (916) 283-8821
   mellis@ellislawgrp.com
5  liglesias@ellislawgrp.com

6  KLEIN MOYNIHAN TURCO LLP
   Evan King (*Pro Hac Vice* Forthcoming)
7  450 Seventh Avenue, 40th Floor
   New York, New York 10123
8  TEL: 212-246-0900
   FAX: 212-216-9559
9  eking@kleinmoynihan.com

10

11 Attorneys for Defendant SCHOOLADVISOR, LLC DBA DEGREESEARCH.ORG

12

13                         UNITED STATES DISTRICT COURT

14                         EASTERN DISTRICT OF CALIFORNIA

15

| | |
|---|---|
| 16  EDWARDO MUNOZ, Individually and on behalf of all others similarly situated, | Case No.:  1:20-CV-00440-NONE-EPG |
| 17           Plaintiff, | **[PROPOSED] ORDER GRANTING SECOND STIPULATION TO EXTEND TIME TO RESPOND TO THE COMPLAINT** |
| 18  v. | |
| 19  SCHOOLADVISOR, LLC d/b/a DEGREESEARCH.ORG, a Delaware limited liability company, | Complaint Served:      April 2, 2020<br>Current Response Date:  May 21, 2020<br>New Response Date:      June 19, 2020 |
| 20 | |
| 21           Defendant. | |

- 1 -

The Court, having considered the second stipulation filed by Plaintiff Edwardo Munoz and Defendant School Advisor, LLC, d/b/a Degreesearch.org, a Delaware limited liability company, and for good cause shown, hereby ORDERS that Defendant's deadline to respond to the complaint is extended to and including June 19, 2020.

**IT IS SO ORDERED**

Dated: _____, 2020

_____
UNITED STATES MAGISTRATE JUDGE

# CERTIFICATE OF SERVICE

I, Jan Hyde, declare:

I am a citizen of the United States, am over the age of eighteen years, and am not a party to or interested in the within entitled cause. My business address is 1425 River Park Drive, Suite 400, Sacramento, CA 95815.

On May 20, 2020, I served the following document(s) on the parties in the within action:

**[PROPOSED] ORDER GRANTING TIME TO RESPOND TO COMPLAINT**

| | |
|---|---|
| X | **VIA ELECTRONIC SERVICE**: The above-described document(s) will be delivered electronically through the Court's ECF/PACER electronic filing system, as stipulated by all parties to constitute personal service, to the following: |
| | **BY MAIL**: I am familiar with the business practice for collection and processing of mail. The above-described document(s) will be enclosed in a sealed envelope, with first class postage thereon fully prepaid, and deposited with the United States Postal Service at Sacramento, CA on this date, addressed as follows: |
| | **BY HAND**: The above-described document(s) will be placed in a sealed envelope which will be hand-delivered on this same date by _____, addressed as follows: |
| | **VIA FACSIMILE**: The above-described document(s) was transmitted via facsimile from the fax number shown on the attached facsimile report, at the time shown on the attached facsimile report, and the attached facsimile report reported no error in transmission and was properly issued from the transmitting facsimile machine, and a copy of same was mailed, on this same date to the following: |
| | **VIA OVERNIGHT SERVICE**: The above-described document(s) will be delivered by overnight service, to the following: |

| | |
|---|---|
| Richard T. Drury<br>Rebecca Davis<br>Lozeau Drury LLP<br>1939 Harrison Street<br>Suite 150<br>Oakland, CA 94612 | Attorneys for Plaintiff<br>EDWARDO MUNOZ |
| Patrick H. Peluso<br>Taylor T. Smith<br>Wooodrow & Peluso, LLC<br>3900 East Mexico Avenue<br>Suite 300<br>Denver, CO 80210 | Attorneys for Plaintiff<br>EDWARDO MUNOZ |

I declare under penalty of perjury under the laws of the United States of America that the

foregoing is a true and correct statement and that this Certificate was executed on May 20, 2020.

By: _____
Jan Hyde

[PROPOSED] ORDER GRANTING TIME TO RESPOND TO COMPLAINT