Richard T. Drury (SBN 163559)
Richard@lozeaudrury.com
Rebecca Davis (SBN 271662)
rebecca@lozeaudrury.com
**LOZEAU DRURY LLP**
1939 Harrison St., Suite 150
Oakland, CA 94612
Telephone: (510) 836-4200
Facsimile: (510) 836-4205

**WOODROW & PELUSO, LLC**
Patrick H. Peluso*
ppeluso@woodrowpeluso.com
Taylor T. Smith*
tsmith@woodrowpeluso.com
3900 East Mexico Avenue, Suite 300
Denver, Colorado 80210
Telephone: (720) 213-0676
Facsimile: (303) 927-0809

*Pro Hac Vice admission to be sought*

*Attorneys for Plaintiff and the alleged Classes*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **EDWARDO MUNOZ**, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**SCHOOL ADVISOR LLC, d/b/a DEGREESEARCH.ORG**, a Delaware limited liability company,<br><br>Defendant. | Case No.  1:20-cv-00440-NONE-EPG<br><br>**JOINT CASE MANAGEMENT STATEMENT** |

Plaintiff Edwardo Munoz ("Munoz" or "Plaintiff") and Defendant School Advisor, LLC, d/b/a Degreesearch.org ("DegreeSearch" or "Defendant") (collectively Plaintiff and Defendant are referred to as the "Parties") submit this Joint Case Management Statement in advance of the Parties' upcoming status conference scheduled for October 13, 2020 at 3:00 p.m. (dkts. 17, 18).

**1.    Discovery Status**

Plaintiff's Statement: The parties served their initial disclosures. On August 7, 2020, Defendant served a letter indicating its claimed source of Plaintiff's lead information. Plaintiff's counsel undertook an investigation into the purported source of his lead information. Plaintiff has been unable to locate any evidence showing that he has ever visited the website that Defendant claims he visited. And Defendant has not identified the IP address that was associated with Plaintiff's lead information. Moreover, the purported source of lead information does not appear to have any viable TCPA consent language specific to Defendant.

On September 1, 2020, Defendant served its first set of discovery requests on Plaintiff—including requests for production and interrogatories. The Parties agreed to a one-week extension of the response date. As such, Plaintiff will serve his responses on October 8, 2020. Plaintiff is also preparing to serve his first set of discovery requests directed to Defendant. Plaintiff expects to serve his first set of discovery requests prior to the October 13th status conference.

Defendant's Statement:

On August 7, 2020, Defendant shared information confirming that Plaintiff provided personally identifying information and expressly consented to be contacted by Defendant. As Plaintiff stated, Defendant also served its first set of discovery requests on September 1, 2020. Plaintiff's responses were required by October 1, 2020. Plaintiff requested a brief extension, which Defendant granted.

Defendant will work with Plaintiff to respond to Plaintiff's first set of discovery requests, once received.

**2.     Settlement Efforts**

The Parties have will explore settlement as appropriate. At this time, the Parties do not require Court assistance with settlement discussions.

Dated: October 6, 2020                              By:  /s/ Patrick H. Peluso

Richard T. Drury (SBN 163559)
Richard@lozeaudrury.com
Rebecca Davis (SBN 271662)
rebecca@lozeaudrury.com
**LOZEAU DRURY LLP**
1939 Harrison St., Suite 150
Oakland, CA 94612
Telephone: (510) 836-4200
Facsimile: (510) 836-4205

Patrick H. Peluso*
ppeluso@woodrowpeluso.com
Taylor T. Smith*
tsmith@woodrowpeluso.com
**WOODROW & PELUSO, LLC**
3900 East Mexico Avenue, Suite 300
Denver, Colorado 80210
Telephone: (720) 213-0676
Facsimile: (303) 927-0809

Attorneys for Plaintiff and the Classes

*Pro Hac Vice admission to be sought*

Dated:  October 6, 2020                             By:  /s/ Lawrence K. Iglesias (as authorized on 10/6/2010)

Lawrence K. Iglesias
Ellis Law Group, LLP
1425 River Park Dr., Suite 400
Sacramento, CA 95815
916-283-8820
Email: liglesias@ellislawgrp.com

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that a true and correct copy of the above papers was served upon counsel of record by filing such papers via the Court's ECF system on October 6, 2020.

                                                  /s/ Patrick H. Peluso