1  Mark E. Ellis - 127159
   Lawrence K. Iglesias - 303700
2  ELLIS LAW GROUP LLP
   1425 River Park Drive, Suite 400
3  Sacramento, CA  95815
   Tel: (916) 283-8820
4  Fax: (916) 283-8821
   mellis@ellislawgrp.com
5  liglesias@ellislawgrp.com

6  Attorneys for Defendant SCHOOLADVISOR, LLC D/B/A DEGREESEARCH.ORG

7

8                        UNITED STATES DISTRICT COURT

9                       EASTERN DISTRICT OF CALIFORNIA

10                              FRESNO DIVISION

11

| | |
|---|---|
| 12  EDWARDO MUNOZ, Individually and on behalf of all others similarly situated, | Case No.:  1:20-CV-00440-NONE-EPG |
| 13          Plaintiff, | **DEFENDANT SCHOOLADVISOR, LLC D/B/A DEGREESEARCH.ORG'S NOTICE OF MOTION AND MOTION TO STAY** |
| 14  v. | |
| 15  SCHOOLADVISOR, LLC d/b/a DEGREESEARCH.ORG, a Delaware limited liability company, | DATE:  January 8, 2021<br>TIME:  10:00 a.m.<br>CRTM:  10, 6th Floor |
| 16          Defendant. | |

20          **PLEASE TAKE NOTICE** that, upon the Memorandum of Law in Support of their Motion to
21  Stay; and all pleadings, papers and proceedings held in this action, Defendant School Advisor LLC,
22  d/b/a DegreeSearch.org will move this Court before Magistrate Judge Erica P. Grosjean at the United
23  States Courthouse located at 2500 Tulare Street, Fresno, CA, at a date to be determined at the
24  discretion of the Court, for an Order staying these proceedings pursuant to the Court's inherent
25  authority to grant such relief until such time as the United States Supreme Court has rendered a
26  decision in *Facebook, Inc. v. Duguid*, No. 19-511, as issues to be decided by the Supreme Court are
27  likely to be dispositive of claims in this matter, in addition to all such other and further relief as the
28  Court deems just and proper.

DEFENDANT'S NOTICE OF MOTION AND MOTION TO STAY

Dated: December 3, 2020

                                      ELLIS LAW GROUP LLP

                              By  */s/ Lawrence K. Iglesias*
                                  Lawrence K. Iglesias
                                  Attorney for Defendant
                                  SCHOOLADVISOR, LLC D/B/A
                                  DEGREESEARCH.ORG

DEFENDANT'S NOTICE OF MOTION AND MOTION TO STAY

# CERTIFICATE OF SERVICE

I, Jennifer Mueller, declare:

I am a citizen of the United States, am over the age of eighteen years, and am not a party to or interested in the within entitled cause. My business address is 1425 River Park Drive, Suite 400, Sacramento, CA 95815.

On December 3, 2020, I served the following document(s) on the parties in the within action:

**DEFENDANT SCHOOLADVISOR, LLC D/B/A DEGREESEARCH.ORG'S NOTICE OF MOTION AND MOTION TO STAY**

| X | **VIA ELECTRONIC SERVICE:** The above-described document(s) will be delivered electronically through the Court's ECF/PACER electronic filing system, as stipulated by all parties to constitute personal service, to the following: |
|---|---|

| | |
|---|---|
| Richard T. Drury<br>Lozeau Drury LLP<br>Rebecca Davis<br>1939 Harrison Street<br>Suite 150<br>Oakland, CA 94612 | Attorneys for Plaintiff |
| Patrick H. Peluso<br>Taylor T. Smith<br>Wooodrow & Peluso, LLC<br>3900 East Mexico Avenue<br>Suite 300<br>Denver, CO 80210 | Attorneys for Plaintiff |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is a true and correct statement and that this Certificate was executed on December 3, 2020.

By: _/s/ Jennifer Mueller_____
    Jennifer Mueller

DEFENDANT'S NOTICE OF MOTION AND MOTION TO STAY