# Exhibit A

Richard T. Drury (SBN 163559)
richard@lozeaudrury.com
Rebecca Davis (SBN 271662)
rebecca@lozeaudrury.com
**LOZEAU DRURY LLP**
1939 Harrison St., Suite 150
Oakland, CA 94612
Telephone: (510) 836-4200
Facsimile: (510) 836-4205

Patrick H. Peluso (admitted *pro hac vice*)
ppeluso@woodrowpeluso.com
Taylor T. Smith (admitted *pro hac vice*)
tsmith@woodrowpeluso.com
**WOODROW & PELUSO, LLC**
3900 East Mexico Avenue, Suite 300
Denver, Colorado 80210
Telephone: (720) 213-0676
Facsimile: (303) 927-0809

Attorneys for Plaintiff and the alleged Class

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARDO MUNOZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SCHOOLADVISOR, LLC d/b/a DEGREESEARCH.ORG, a Delaware limited liability company,<br><br>Defendant. | Case No. 1:20-cv-00440<br><br>**DECLARATION OF TAYLOR T. SMITH IN SUPPORT OF PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION TO STAY**<br><br>Hearing Date: January 8, 2021<br>Time: 10:00 a.m.<br>Courtroom: 10, 6th Floor<br>Judge: Hon. Erica P. Grosjean |

I, Taylor T. Smith, declare as follows:

1. I am over the age of 18 and, if necessary, can competently testify if required to do so.

2. I am an associate attorney with Woodrow & Peluso, LLC and an attorney of record for Plaintiff Edwardo Munoz ("Plaintiff" or "Munoz").

1

3. On July 10, 2020, Defendant SchoolAdvisor, LLC d/b/a Degreesearch.org ("Defendant" or "SchoolAdvisor") served its initial disclosures, which identified "Conceptual Media" as the entity from which it procured Plaintiff's lead information. SchoolAdvisor has not identified Conceptual Media's legal name.

4. On September 1, 2020, SchoolAdvisor served its first set of discovery on Plaintiff, which included requests for production and interrogatories.

5. On October 7, 2020, Plaintiff served his responses to Defendant's first set of discovery, along with his responsive documents.

6. On October 19, 2020, Plaintiff served his first set of written discovery on Defendant, including requests for production and interrogatories.

7. On November 20, 2020, counsel for SchoolAdvisor requested an additional 21 days to respond to Plaintiff's discovery requests, which placed its deadline to respond on or before December 9, 2020. Plaintiff agreed to the requested extension.

8. On December 9, 2020, SchoolAdvisor served its responses to Plaintiff's first set of discovery. SchoolAdvisor objected to each request for production and interrogatory as being improper given its pending motion to stay.

9. SchoolAdvisor has not provided any substantive responses nor has it produced any responsive documents.

10. SchoolAdvisor has also continued to refuse to identify the third party who it claims obtained Plaintiff's consent to place the text messages. Absent further identification, Plaintiff is unable to subpoena the third party.

11. The parties conferred regarding SchoolAdvisor's responses. On December 22, 2020, Defendant agreed to supplement its responses to Plaintiff's discovery requests to provide substantive responses.

1  I declare under penalty of perjury under the laws of the United States of
2 America that the foregoing is true and correct. Executed on December 23, 2020, in
3 Denver, Colorado.

By:  */s/ Taylor T. Smith.*

Taylor T. Smith*
  tsmith@woodrowpeluso.com
**WOODROW & PELUSO, LLC**
3900 East Mexico Avenue, Suite 300
Denver, Colorado 80210
Telephone: (720) 907-7628
Facsimile: (303) 927-0809

3

DECLARATION OF TAYLOR T. SMITH ISO
OPPOSITION TO MOTION TO STAY