Richard T. Drury (SBN 163559)
richard@lozeaudrury.com
Rebecca Davis (SBN 271662)
rebecca@lozeaudrury.com
**LOZEAU DRURY LLP**
1939 Harrison St., Suite 150
Oakland, CA 94612
Telephone: (510) 836-4200
Facsimile: (510) 836-4205

Patrick H. Peluso (admitted *pro hac vice*)
ppeluso@woodrowpeluso.com
Taylor T. Smith (admitted *pro hac vice*)
tsmith@woodrowpeluso.com
**WOODROW & PELUSO, LLC**
3900 East Mexico Avenue, Suite 300
Denver, Colorado 80210
Telephone: (720) 213-0676
Facsimile: (303) 927-0809

Attorneys for Plaintiff and the alleged Class

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EDWARDO MUNOZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SCHOOLADVISOR, LLC d/b/a DEGREESEARCH.ORG, a Delaware limited liability company,<br><br>Defendant. | Case No. 1:20-cv-00440<br><br>**STIPULATION TO EXTEND ALL REMAINING DEADLINES**<br><br>Courtroom: 10, 6th Floor<br>Judge: Hon. Erica P. Grosjean |

Plaintiff Edwardo Munoz ("Plaintiff" or "Munoz") and Defendant SchoolAdvisor ("Defendant" or "SchoolAdvisor"), through their respective counsel, hereby stipulate as follows:

1. On March 26, 2020, Plaintiff filed the instant action against Defendant

alleging wide-scale violations of the Telephone Consumer Protections Act, 47 U.S.C. § 227, *et seq.* ("TCPA" or the "Act").

2. On July 8, 2020, the Court issued the initial scheduling order for this case. (Dkt. 17.)

3. On April 19, 2021, the Court extended the remaining deadlines as follows:

    a. Fact Discovery Deadline: August 2, 2021;
    b. Deadline for designation of expert witnesses: September 9, 2021;
    c. Deadline for designation of rebuttal expert witnesses: October 7, 2021;
    d. Expert Discovery Closes: November 11, 2021; and
    e. Plaintiff Shall File Motion for Class Certification by: November 19, 2021.

(Dkt. 30.)

4. To date, the Parties have diligently worked to gather the information needed to litigate this case through class certification, including serving and responding to written discovery requests.

5. Through discovery, SchoolAdvisor produced documents, which revealed that Digital Media Solutions, LLC[1] ("DMS" or "Respondent") sent the text messages on behalf of SchoolAdvisor. Further, SchoolAdvisor also claims that it obtained Munoz's lead information and consent to be texted from a company known as "Conceptual Media" pursuant to a contract with DMS.

6. Based on this disclosure, on January 21, 2021, Plaintiff issued a Subpoena to Produce Documents, Information, or Objects or to Permit Inspection

---

[1] SchoolAdvisor is a wholly owned subsidiary of DMS.

STIPULATION TO EXTEND ALL
REMAINING DEADLINES

of Premises in a Civil Action directed to DMS (hereafter "DMS Subpoena"), which specified a response date of February 19, 2021.

7. On January 26, 2021, counsel for DMS, confirmed that they would accept service of the subpoena via email. At the same time, DMS's counsel requested an additional fourteen days to respond until March 5, 2021. DMS later requested another extension to respond until March 12, 2021.

8. On March 12, 2021, DMS produced its objections and responses to the subpoena, along with its corresponding document production.

9. After reviewing DMS's response, Plaintiff's counsel reached out to counsel for DMS to schedule a meet and confer regarding DMS's response to the subpoena. On March 24, 2021, counsel for both parties conferred regarding DMS's response to the subpoena.

10. Unable to resolve the disputes concerning DMS's response to the subpoena, on June 21, 2021, Plaintiff filed a subpoena enforcement action in the Middle District of Florida to enforce the DMS Subpoena, styled *Munoz v. Digital Media Solutions, LLC*, Case No. 8:21-mc-00089-VMC-AEP (M.D. Fla. filed June 21, 2021).

11. DMS's response to Plaintiff's motion to compel is currently due on July 16, 2021. *See id.* at Dkt. 11.

12. The District Court overseeing the subpoena enforcement action scheduled a hearing on the motion to compel on July 21, 2021. *See id.* at Dkt. 12.

13. Additionally, on July 2, 2021, Plaintiff served a notice to Defendant of a Rule 30(b)(6) deposition.

14. The Parties mutually agree and understand that this stipulation is not to be construed as a waiver of any objections to deposition notice served by Plaintiff upon Defendant on July 2, 2021.

15. In light of the current schedule in the subpoena enforcement action, the Parties request that the Court extend all remaining deadlines by 60-days. The current delay is not the result of a failure to diligently prosecute the case. Rather, the extension is necessary given third party DMS's failure to produce documents responsive to the subject subpoena, which includes class records, information regarding the type of dialing system used, and the source of consumer lead information.

16. Moreover, given that the hearing on Plaintiff's motion to compel compliance with the DMS subpoena is scheduled for July 21, 2021, it is highly unlikely that a decision will be issued prior to the expiration of the fact discovery cutoff (August 2, 2021). And Plaintiff will be unfairly prejudiced if he is required to question Defendant absent relevant class records or information regarding the type of dialing system used.

17. Accordingly, the Parties request that the Court issue an order extending all remaining deadlines by 60-days.

NOW, THEREFORE, the Parties hereby jointly stipulate and agree, and request the Court's approval of the following schedule:

    a. Fact Discovery Deadline: October 1, 2021;
    b. Deadline for designation of expert witnesses: November 8, 2021
    c. Deadline for designation of rebuttal expert witnesses: December 6, 2021;
    d. Expert Discovery Closes: January 10, 2022; and
    e. Plaintiff Shall File Motion for Class Certification by: January 18, 2022.

Dated: July 14, 2021          By: /s/ Taylor T. Smith

4

STIPULATION TO EXTEND ALL
REMAINING DEADLINES

Richard T. Drury (SBN 163559)
richard@lozeaudrury.com
Rebecca Davis (SBN 271662)
rebecca@lozeaudrury.com
**LOZEAU DRURY LLP**
410 12th Street, Suite 250
Oakland, CA 94607
Telephone: (510) 836-4200
Facsimile: (510) 836-4205

Patrick H. Peluso (admitted *pro hac vice*)
ppeluso@woodrowpeluso.com
Taylor T. Smith (admitted *pro hac vice*)
tsmith@woodrowpeluso.com
**WOODROW & PELUSO, LLC**
3900 East Mexico Avenue, Suite 300
Denver, Colorado 80210
Telephone: (720) 213-0676
Facsimile: (303) 927-0809

*Counsel for Plaintiff and the alleged Class*

Dated: July 14, 2021                By:  /s/ Lawrence K. Iglesias

Mark E. Ellis
mellis@ellislawgrp.com
Lawrence K. Iglesias
liglesias@ellislawgrp.com
Ellis Law Group, LLP
1425 River Park Dr., Suite 400
Sacramento, CA 95815
Phone: 916-283-8820
Fax: 916-283-8821

5

STIPULATION TO EXTEND ALL
REMAINING DEADLINES

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above titled document was served upon counsel of record by filing such papers via the Court's ECF system.

Date: July 14, 2021                              /s/ Taylor T. Smith