UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARDO MUNOZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SCHOOLADVISOR, LLC,<br><br>Defendant. | Case No. 1:20-cv-00440-NONE-EPG<br><br>ORDER GRANTING STIPULATION TO EXTEND ALL REMAINING DEADLINES<br><br>(ECF No. 31) |

Before the Court is the parties' stipulation seeking to modify the Scheduling Order in this case. (ECF No. 31.) According to the stipulation, Plaintiff subpoenaed documents from third party Digital Media Solutions, LLC ("DMS") on January 21, 2021. DMS produced objections, responses, and documents on March 12, 2021. After reviewing DMS' response, Plaintiff's counsel met and conferred with DMS but they were unable to resolve their disputes regarding DMS' response. On June 21, 2021, Plaintiff filed a subpoena enforcement action in the Middle District of Florida. DMS' response is currently due on July 16, 2021, and a hearing is set on July 21, 2021. Plaintiff has also served a Federal Rule of Civil Procedure 30(b)(6) notice of deposition on Defendant. The parties request that all remaining deadlines in the case be extended by sixty days in light of the subpoena enforcement action.

///

1

This is the third modification of the scheduling order. (*See* ECF Nos. 17, 26, 30.) Having reviewed the stipulation, the Court will grant the parties' request. However, no further modifications will be granted absent a showing of good cause.

Accordingly, IT IS HEREBY ORDERED that, pursuant to the parties' stipulation (ECF No. 31), the Scheduling Order (ECF No. 17) as previously modified (ECF Nos. 26, 30) is further modified as follows:

| Event | Deadline/Date |
| --- | --- |
| Nonexpert Discovery Cutoff for Phase I and Phase II: | October 1, 2021 |
| Expert Disclosure re: Class Certification | November 8, 2021 |
| Rebuttal Expert Disclosure re: Class Certification | December 6, 2021 |
| Expert Discovery Cutoff re: Class Certification | January 10, 2022 |
| Motion for Class Certification | January 18, 2022 |

All other terms and conditions of the Scheduling Order (ECF No. 17) remain in full force and effect.

IT IS SO ORDERED.

Dated: **July 15, 2021**

/s/ Erin P. Gross
UNITED STATES MAGISTRATE JUDGE