Patrick H. Peluso
Taylor T. Smith
WOODROW & PELUSO, LLC
3900 East Mexico Avenue
Suite 300
Denver, CO 80210

Tel: (720)213-0676
Fax: (303)927-0809
Email: *ppeluso@woodrowpeluso.com*
       *tsmith@woodrowpeluso.com*

Attorneys for Plaintiff EDWARDO MUNOZ


Mark E. Ellis - 127159
ELLIS LAW GROUP LLP
1425 River Park Drive, Suite 400
Sacramento, CA  95815

Tel: (916) 283-8820
Fax: (916) 283-8821
Email: *mellis@ellislawgrp.com*

Attorneys for Defendant SCHOOLADVISOR, LLC DBA DEGREESEARCH.ORG

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARDO MUNOZ, Individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>SCHOOLADVISOR, LLC d/b/a DEGREESEARCH.ORG, a Delaware limited liability company,<br><br>    Defendant. | Case No.:  1:20-CV-00440-NONE-EPG<br><br>**JOINT STIPULATION TO EXTEND ALL REMAINING DEADLINES** |

Plaintiff Edwardo Munoz ("Plaintiff") and Defendant School Advisor, LLC d/b/a

Degreesearch.org, a Delaware limited liability company (Defendant"), by and through their respective

JOINT STIPULATION TO EXTEND ALL REMAINING DEADLINES

counsel, agree and stipulate as follows:

**WHEREAS,** the Parties submitted a Joint Scheduling Report on June 25, 2020 (DKT. No 15);

**WHEREAS,** on July 8, 2020, the Court issued its original pretrial case schedule, bifurcating discovery into two phases and setting deadlines (DKT. No. 17);

**WHEREAS,** on October 6, 2020, the Parties filed a Joint Status Report (DKT. No. 19);

**WHEREAS,** Defendant School Advisor brought a motion to stay this TCPA-related matter pending the outcome of *Facebook v. Duguid,* then on the United States Supreme Court's docket (DKT 22), which matter was decided and the decision issued on April 1, 2021.  The court granted the request in part, and denied it in part on January 11, 2021 (DKT. No. 26);

**WHEREAS,** on April 12, 2021, the Parties filed a new Joint Status Report (DKT. No. 28); and the Status Conference went forward on April 19, 2021 (DKT. No. 29), and a Minute Order issued modifying and extending various deadlines (DKT. No. 30);

**WHEREAS,** on July 14, 2021, the Parties filed a Stipulation and Proposed Order for an extension of the remaining deadlines (DKT. No. 31), which was granted by the Court (DKT. No. 32);

**WHEREAS,** in late July 2021, lead counsel for Defendant Schooladvisor, Larry Iglesias, Esq., left the Ellis Law Group, LLP firm (*see* DKT. No. 33), necessitating Mark E. Ellis, Esq. to begin acting as lead counsel in this case.  Mr. Ellis is currently in a continuing bench trial in Yolo County Superior Court before the Honorable Daniel M. Wolk, which trial is scheduled to continue through mid-October 2021.  These continued trial dates include September 28, 29 and 30, as well as dates in October 2021;

WHEREAS, on July 2, 2021, Plaintiff served a notice of Rule 30(b)(6) deposition on Defendant. Plaintiff's counsel reached out to Mr. Iglesias to request available dates for the deposition.

WHEREAS, on September 3, 2021, Plaintiff issued a subpoena to testify at a deposition

directed to third party, Digital Media Solutions, LLC ("DMS"), which is represented by the same counsel as SchoolAdvisor. The subpoena specified that the deposition would commence on September 23, 2021. Plaintiff is also attempting to coordinate with DMS to schedule an inspection of its dialing system.

WHEREAS, after Mr. Iglesias left defense counsel's firm, counsel for Plaintiff reached out to Mr. Ellis to schedule the depositions. Mr. Ellis informed Plaintiff's counsel of his current trial as well as his upcoming trials. Given Mr. Ellis's trial schedule as well as Mr. Iglesias's recent departure from the case, the parties agreed to seek an extension of the discovery deadlines. A brief extension will permit the parties sufficient time to schedule the depositions of Plaintiff, Defendant, and DMS as well as the inspection of the dialing system at issue.

**WHEREAS,** non-expert discovery in this matter is set to be cut off on October 1, 2021;

**WHEREAS,** there is no one else at Ellis Law Group, LLP capable of representing Defendant;

**WHEREAS,** Mr. Ellis is presently scheduled for six trials between now and the end of the year;

**WHEREAS,** the Parties are also engaged in ongoing settlement negotiations.

**WHEREAS,** discovery has been conducted by the Parties, but if settlement negotiations are not successful, the Parties desire to complete discovery.

Based upon the above, the Parties jointly agree, stipulate and request that the deadlines be extended as set forth below:

| **Event** | **Deadline/Date** | **Proposed New Date** |
| --- | --- | --- |
| Non-expert Discovery Cutoff for Phase I and Phase II | October 1, 2021 | December 15, 2021 |
| Expert Disclosure re: Class Certification | November 8, 2021 | January 17, 2022 |

JOINT STIPULATION TO EXTEND ALL REMAINING DEADLINES

| | | |
|---|---|---|
| Rebuttal Expert Disclosure re: Class Certification | December 6, 2021 | February 14, 2022 |
| Expert Discovery Cutoff re: Class Certification | January 10, 2022 | March 15, 2022 |
| Motion for Class Certification | January 18, 2022 | April 14, 2022 |

Respectfully Submitted,

Dated: September 24, 2021

ELLIS LAW GROUP LLP

By  /s/ Mark E. Ellis
    Mark E. Ellis
    Attorney for Defendant
    SCHOOLADVISOR, LLC DBA
    DEGREESEARCH.ORG

Dated: September 24, 2021

WOODROW & PELUSO, LLC

By  /s/ Taylor T. Smith
    Taylor T. Smith
    Attorney for Plaintiff
    EDWARD MUNOZ

## CERTIFICATE OF SERVICE

I, Jennifer E. Mueller, declare:

I am a citizen of the United States, am over the age of eighteen years, and am not a party to or interested in the within entitled cause. My business address is 1425 River Park Drive, Suite 400, Sacramento, CA 95815.

On September 24, 2021, I served the following document(s) on the parties in the within action:

**JOINT STIPULATION TO EXTEND ALL REMAINING DEADLINES**

| | |
|---|---|
| X | **VIA ELECTRONIC SERVICE**: The above-described document(s) will be delivered electronically through the Court's ECF/PACER electronic filing system, as stipulated by all parties to constitute personal service, to the following: |

| | |
|---|---|
| Richard T. Drury<br>Rebecca Davis<br>Lozeau Drury LLP<br>1939 Harrison Street<br>Suite 150<br>Oakland, CA 94612 | Attorneys for<br>Plaintiff Edwardo Munoz |
| Patrick H. Peluso<br>Taylor T. Smith<br>Woodrow & Peluso, LLC<br>3900 East Mexico Avenue<br>Suite 300<br>Denver, CO 80210 | Attorneys for<br>Plaintiff Edwardo Munoz |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is a true and correct statement and that this Certificate was executed on September 24, 2021.

By: _____
Jennifer E. Mueller