1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

EDWARDO MUNOZ, individually and on behalf of all others similarly situated,

Plaintiff,

v.

SCHOOLADVISOR, LLC,

Defendant.

Case No.  1:20-cv-00440-NONE-EPG

ORDER GRANTING STIPULATION TO EXTEND ALL REMAINING DEADLINES

(ECF No. 36)

Before the Court is the parties' stipulation seeking to modify the Scheduling Order in this case. (ECF No. 36.) This is the parties' second stipulation to modify the Scheduling Order. (*See* ECF Nos. 31, 32.) The Scheduling Order was also previously modified after the case was stayed pending the Supreme Court's decision in *Facebook, Inc. v. Duguid*. (*See* ECF Nos. 26, 30.)

According to the stipulation, Mr. Iglesias, counsel for Defendant Schooladvisor, LLC ("Defendant"), left the Ellis Law Group, LLP firm in late July 2021 and Mr. Ellis is now acting as lead counsel in the case. (ECF No. 36.) Mr. Ellis is currently in a bench trial in Yolo County that is scheduled to continue through mid-October 2021. (*Id.*) Plaintiff Edwardo Munoz ("Plaintiff") has served a notice of Rule 30(b)(6) deposition on Defendant. (*Id.*) Plaintiff has also issued a deposition subpoena to third party Digital Media Solutions, LLC ("DMS"), which is represented by the same counsel as Defendant, and is attempting to schedule an inspection of its dialing

1

system. (*Id.*) After Mr. Iglesias left defense counsel's firm, Plaintiff's counsel reached out to Mr. Ellis to schedule the depositions. (*Id.*) Given Mr. Ellis' trial schedule and Mr. Iglesias' recent departure from the firm, the parties agreed to seek an extension of the remaining deadlines in this case. (*Id.*)

Having reviewed the stipulation, the Court will grant the parties' request. However, no further modifications will be granted absent a showing of good cause, which will be narrowly construed.

Accordingly, IT IS HEREBY ORDERED that, pursuant to the parties' stipulation (ECF No. 36), the Scheduling Order (ECF No. 17) as previously modified (ECF Nos. 26, 30, 32) is further modified as follows:

| Event | Deadline/Date |
|---|---|
| Nonexpert Discovery Cutoff for Phase I and Phase II: | December 15, 2021 |
| Expert Disclosure re: Class Certification | January 18, 2022 |
| Rebuttal Expert Disclosure re: Class Certification | February 14, 2022 |
| Expert Discovery Cutoff re: Class Certification | March 15, 2022 |
| Motion for Class Certification | April 14, 2022 |

All other terms and conditions of the Scheduling Order (ECF No. 17) remain in full force and effect.[1]

IT IS SO ORDERED.

Dated:   **September 27, 2021**          /s/ *Erica P. Grosjean*
                                         UNITED STATES MAGISTRATE JUDGE

---

[1] The Status Conference previously scheduled for 10/21/2021 at 10:00 am remains as set.

2