UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARDO MUNOZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SCHOOLADVISOR, LLC,<br><br>Defendant. | Case No. 1:20-cv-00440-NONE-EPG<br><br>ORDER GRANTING IN PART STIPULATION TO EXTEND ALL REMAINING DEADLINES<br><br>(ECF No. 41) |

Before the Court is the parties' stipulation seeking to modify the Scheduling Order in this case. (ECF No. 41.) The parties seek to extend all remaining deadlines by approximately 90 days. (*Id.*)

This is the fifth modification of the Scheduling Order in this case, and the parties' third stipulation requesting to modify the relevant deadlines. (*See* ECF Nos. 26, 30-32, 36-37.) In the Court's order granting the parties' most recent stipulation, the parties were advised that no further extensions would be granted absent good cause, which would be narrowly construed. (ECF No. 37.) Having reviewed the stipulation, the Court finds that the parties have not established that there is good cause for the requested 90-day extension of all remaining deadlines. However, the Court will extend the relevant deadlines by approximately 45 days and will set a status conference with the parties.

1

Accordingly, IT IS HEREBY ORDERED that, pursuant to the parties' stipulation (ECF No. 41), the Scheduling Order (ECF No. 17) as previously modified (ECF Nos. 26, 30, 32, 37) is further modified as follows:

| Event | Deadline/Date |
|---|---|
| Nonexpert Discovery Cutoff for Phase I and Phase II: | January 31, 2022 |
| Expert Disclosure re: Class Certification | March 4, 2022 |
| Rebuttal Expert Disclosure re: Class Certification | March 31, 2022 |
| Expert Discovery Cutoff re: Class Certification | April 29, 2022 |
| Motion for Class Certification | May 31, 2022 |

All other terms and conditions of the Scheduling Order (ECF No. 17) remain in full force and effect.

The Court further sets a Status Conference for **January 13, 2022 at 2:00 PM in Courtroom 10 (EPG)** before Magistrate Judge Erica P. Grosjean. To participate telephonically, each party is directed to use the following dial-in number and passcode: 1-888-251-2909; passcode 1024453. The parties are directed to file a joint status report one full week prior to the conference and email a copy of the same, in Word format, to epgorders@caed.uscourts.gov.

IT IS SO ORDERED.

Dated:   **December 20, 2021**              /s/ Erica P. Grosjean
                                            UNITED STATES MAGISTRATE JUDGE