UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARDO MUNOZ, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    - against -<br><br>SCHOOLADVISOR, LLC d/b/a DEGREESEARCH.ORG, a Delaware limited liability company,<br><br>    Defendant. | Case No.: 20-CV-00440 |

**STIPULATION OF VOLUNTARY DISMISSAL
WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**

Plaintiff, Edwardo Munoz, and defendant, SchoolAdvisor, LLC, by and through their respective attorneys, **HEREBY STIPULATE AND AGREE**, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action is dismissed with prejudice as to Edwardo Munoz's individual claims and without prejudice as to the claims of the putative class members, with each party to bear its own attorneys' fees and costs.

**IT IS SO STIPULATED.**

Dated: April 6, 2022        **WOODROW & PELUSO LLC**

                By:   /s/ *Patrick H. Peluso*
                    Patrick H. Peluso
                *Attorneys for Plaintiff*

                **ELLIS LAW GROUP LLP**


                By:   /s/ *Mark E. Ellis*
                    Mark E. Ellis
                *Attorneys for SchoolAdvisor, LLC*