UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARDO MUNOZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SCHOOLADVISOR, LLC,<br><br>Defendant. | Case No.  1:20-cv-00440-JLT-EPG<br><br>ORDER RE: STIPULATED DISMISSAL OF ENTIRE ACTION<br><br>(ECF No. 47) |

The parties have filed a stipulation to dismiss this entire action with prejudice as to Plaintiff Edwardo Munoz's individual claims and without prejudice as to the putative class members' claims. (ECF No. 47.) In light of the stipulation, the case has ended and is dismissed. *See* Fed. R. Civ. P. 41(a)(1)(A); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997); *see also Valanzuela v. Mauser USA, LLC,* 2021 WL 916412, at *1 (E.D. Cal. Mar. 10, 2021) (dismissing class action pursuant to Rule 41(a)(1)(A) where class had not been certified and dismissal was without prejudice). Accordingly, the Clerk of the Court is respectfully directed to close this case.

IT IS SO ORDERED.

Dated:   **April 8, 2022**                         /s/ Erica P. Grosjean
                                                    UNITED STATES MAGISTRATE JUDGE

1